# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ALVIN AIKENS *et al.*                                                                                                          PLAINTIFFS

v.                                           NO. 4:13CV00664 JLH/HDY

J. HENNIGAN *et al.*
                                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Charles Robinson's claims are DISMISSED WITHOUT PREJUDICE, and Robinson is removed as a party plaintiff.

DATED this 10th day of January, 2014.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE